CHARLES CUSSANO et al., Appellants, *v.* ANTHONY CINICOLO, Respondent.

Submitted November 21, 1955; decided December 1, 1955.

*Sol I. Kroll* for motion.

*J. David Jutkowitz* opposed.

Motion dismissed upon the ground that the Court of Appeals lacks jurisdiction to entertain the motion (Civ. Prac. Act, § 589, subd. 1, par. [b]).

MILTON M. FIEGER et al., on Behalf of Themselves and All Other Tenants of Glen Oaks Village, Inc., Similarly Situated, Appellants, *v.* GLEN OAKS VILLAGE, INC., et al., Respondents.

Submitted November 28, 1955; decided December 1, 1955.

Motion to dismiss appeal denied.